This document is not available for review electronically.
It is available for review at the courthouse.
See W.D. Mich. LCivR 5.7(d)(ii)

Case 4:06-cv-00089-GJQ-HWB    ECF No. 15,  PageID.173    Filed 04/23/07    Page 1 of 1